# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANELI SHOE COMPANY DBA FOOTWEAR ETC., a California corporation,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>VALLEY FORGE INSURANCE COMPANY, a Pennsylvania corporation; and DOES 1–10, inclusive,<br><br>　　　　　　　　　　　Defendants. | Case No.: 20-CV-1195 TWR (WVG)<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE NOTICES OF SUPPLEMENTAL AUTHORITY RE: DEFENDANT VALLEY FORGE INSURANCE COMPANY'S MOTION TO DISMISS**<br><br>(ECF No. 13) |

Presently before the Court is the Joint Motion for Leave to File Notices of Supplemental Authority re: Defendant Valley Forge Insurance Company's Motion to Dismiss ("Joint Mot.," ECF No. 13), through which Defendant Valley Forge Insurance Company seeks leave to file notice of seven supplemental authorities, (*see generally* ECF No. 13-1 ("Ex. 1")), and Plaintiff Daneli Shoe Company, dba Footwear Etc., seeks to file notice of one supplemental authority. (*See generally* ECF No. 13-2 ("Ex. 2").) Good cause appearing, the Court **GRANTS** the Joint Motion. Accordingly, the Parties **MAY FILE**

/ / /

/ / /

their respective proposed notices of supplemental authority, attached as Exhibits 1 and 2 to the Joint Motion.

**IT IS SO ORDERED.**

Dated: October 9, 2020

Honorable Todd W. Robinson
United States District Court